## BALDWIN *v.* THIBAUDEAU.

*(Common Pleas of New York City and County, Additional General Term. June 1, 1891.)*

WRITS—SUMMONS—DEFECTIVE RETURN—AMENDMENT.
   Where it is manifest from the return of the summons in a case that the time of rendering judgment is erroneously stated, the court will of its own motion, in default of amendment by stipulation of parties, return the case to the justice who tried it for amendment.

Appeal from eighth district court.

Action by Virginia W. Baldwin against Wilhelmina A. Thibaudeau. From a judgment for plaintiff, defendant appeals.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Winthrop & Parker*, for appellant. *S. F. Higgins*, for respondent.

PER CURIAM. It is manifest from the return in this case that the time of rendering judgment in this action is erroneously stated, as it appears to be before the return date of the summons. This date being material, and the parties having failed to amend the return by stipulation, the court of its own motion orders the return to be sent back to the justice who tried the case for amendment, and orders a reargument of this cause to be had at the next additional general term, the appellant's attorney to enter the order and procure the amendment.